CLOSED,PROTECTIVE ORDER

# U.S. District Court
# Northern District of Alabama (Southern)
# CRIMINAL DOCKET FOR CASE #: 2:22-cr-00035-MHH-GMB-3

Case title: USA v. Pughsley, et al

Date Filed: 02/24/2022

Date Terminated: 10/15/2025

---

Assigned to: Judge Madeline Hughes Haikala
Referred to: Magistrate Judge Gray M Borden

**Defendant (3)**

**Gary L Rapp, Jr**
*TERMINATED: 10/15/2025*

represented by

**Joseph Whitten Cooper**
FARESE LAW FIRM
P.O. Box 98
122 Church Ave
Ashland, MS 38603
662-224-6211
Fax: 662-224-3229
Email: wcooper@fareselaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven E Farese , Sr**
FARESE, FARESE & FARESE, P.A.
P.O. Box 98
122 Church Ave.
Ashland, MS 38603
662-224-6211
Fax: 662-224-3229
Email: steve1@fareselaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James W Parkman , III**
PARKMAN LAW FIRM
850 Corporate Parkway, Ste. 100
Birmingham, AL 35242
205-573-6001
Fax: 205-419-2800

Email: jim@jimparkmanlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY TO OPERATE AN ILLEGAL GAMBLING BUSINESS<br>(1ss) | PROB 60 mos as to Count 1ss, w/ Spec Cond sep concur w/ Count 94ss |
| 18:1956(h) MONEY LAUNDERING CONSPIRACY<br>(94ss) | PROB 60 mos as to Count 94ss, w/ Spec Cond sep concur w/ Count 1ss; No Fine; Restitution Due; Forfeiture Ordered; AF $200.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY TO OPERATE AN ILLEGAL GAMBLING BUSINESS<br>(1s) | Statistically Dismissed; Second Superseding Indictment Filed |
| 26:7201 TAX EVASION<br>(40ss-42ss) | Dismissed on Government Motion |
| 26:7201 TAX EVASION<br>(42s-44s) | Statistically Dismissed; Second Superseding Indictment Filed |
| 26:7201 TAX EVASION<br>(67ss-69ss) | Dismissed on Government Motion |
| 26:7201 TAX EVASION<br>(69s-71s) | Statistically Dismissed; Second Superseding Indictment Filed |
| 18:1956(h) MONEY LAUNDERING CONSPIRACY<br>(96s) | Statistically Dismissed; Second Superseding Indictment Filed |
| 18:1956(a)(1)(A)(i) and 18:2<br>(96ss) | Dismissed on Government Motion |
| 18:1956(a)(1)(A)(i) and 18:2 MONEY LAUNDERING<br>(98s) | Statistically Dismissed; Second Superseding Indictment Filed |
| 18:1957 and 18:2 ENGAGING IN ILLEGAL MONETARY TRANSACTIONS<br>(108ss) | Dismissed on Government Motion |
| 18:1957 and 18:2 ENGAGING IN ILLEGAL MONETARY TRANSACTIONS<br>(110s) | Statistically Dismissed; Second Superseding Indictment Filed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

None

---

**Plaintiff**

**USA** represented by **Prim F. Escalona, US Attorney**
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203-2101
244-2001
Email: Caseview.ecf@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation**
UNITED STATES PROBATION OFFICE
Robert Vance Bldg.
1800 5th Avenue North
Birmingham, AL 35203
205-716-2900
Email: alnpdb_cmecf@alnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**USM**
UNITED STATES MARSHAL
Hugo Black Courthouse, Room 240
1729 5th Avenue North
Birmingham, AL 35203
205-731-1712
Email: usms-aln-courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Catherine L Crosby**
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203
205-244-2155
Email: catherine.crosby@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kristen S Osborne**
US ATTORNEY
1801 Fourth Avenue North
Birmingham, AL 35203
205-244-2118
Email: Kristen.Osborne@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ryan Sikes Rummage**
U.S. ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203
205-244-2203
Email: ryan.rummage@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2022 | | Counts added: Timothy J Pughsley (1) count(s) 1s, 2s-40s, 96s, 106s-108s, 109s, Gary L Rapp, Jr (3) count(s) 1s, 42s-44s, 69s-71s, 96s, 98s, 110s, Mark Giaquinto (4) count(s) 1s, 45s-47s, 72s-74s, 96s, 97s, 111s, Matthew D Voorhees (5) count(s) 1s, 48s-50s, 75s-77s, 96s, 99s, 112s, David Richards (6) count(s) 1s, 51s-53s, 78s-80s, 96s, 100s, 113s, Christopher Donaldson (7) count(s) 96s, Joshua Gentrup (8) count(s) 1s, 54s-56s, 81s-83s, 96s, 101s, 114s, Christopher Burdette (9) count(s) 1s, 57s-59s, 84s-86s, 96s, 103s, Nathanael Burdette (10) count(s) 1s, 60s-62s, 87s-89s, 96s, 102s, 115s, Jonathan Lind (11) count(s) 1s, 63s-65s, 90s-95s, 96s, 104s, 116s, Thomas V Zito (12) count(s) 1s, 66s-68s, 96s, 105s (KBB) (Entered: 01/09/2023) |
| 09/27/2022 | 14 | SECOND SUPERSEDING INDICTMENT as to Timothy J Pughsley (1) count(s) 1ss, 2ss-39ss, 94ss, 104ss-106ss, 107ss, Gary L Rapp, Jr (3) count(s) 1ss, 40ss-42ss, 67ss-69ss, 94ss, 96ss, 108ss, Mark Giaquinto (4) count(s) 1ss, 43ss-45ss, 70ss-72ss, 94ss, 95ss, 109ss, Matthew D Voorhees (5) count(s) 1ss, 46ss-48ss, 73ss-75ss, 94ss, 97ss, 110ss, David Richards (6) count(s) 1ss, 49ss-51ss, 76ss-78ss, 94ss, 98ss, 111ss, Christopher Donaldson (7) count(s) 94ss, Joshua Gentrup (8) count(s) 1ss, 52ss-54ss, 79ss-81ss, 94ss, 99ss, 112ss, Christopher Burdette (9) count(s) 1ss, 55ss-57ss, 82ss-84ss, 94ss, 101ss, Nathanael Burdette (10) count(s) 1ss, 58ss-60ss, 85ss-87ss, 94ss, 100ss, 113ss, Jonathan Lind (11) count(s) 1ss, 61ss-63ss, 88ss-90ss, 94ss, 102ss, 114ss, Thomas V Zito (12) count(s) 1ss, 64ss-66ss, 91ss-93ss, 94ss, 103ss. **Please file all subsequent documents using the criminal case number assigned to this indictment.** (Attachments: # 1 (SEALED) Signed Second Superseding Indictment) (KBB) Modified on 9/29/2022 (KBB, ). (Entered: 09/29/2022) |
| 09/27/2022 | 15 | MOTION to Seal Indictment filed by USA as to dfts Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito. (KBB) (Entered: 09/29/2022) |
| 09/27/2022 | 16 | ORDER granting 15 Motion to Seal Indictment as to dfts Timothy J Pughsley (1), Gary L Rapp Jr (3), Mark Giaquinto (4), Matthew D Voorhees (5), David Richards (6), Christopher Donaldson (7), Joshua Gentrup (8), Christopher Burdette (9), Nathanael Burdette (10), Jonathan Lind (11), Thomas V Zito (12). Signed by Magistrate Judge Staci G Cornelius on 9/27/2022. (KBB) (Entered: 09/29/2022) |
| 09/27/2022 | | Counts added: Timothy J Pughsley (1) count(s) 1ss, 2ss-38ss, 94s, 104s-106s, 107ss, Gary L Rapp, Jr (3) count(s) 1ss, 40s-42s, 67s-69s, 94s, 96ss, 108s, Mark Giaquinto (4) count(s) 1ss, 43s-45s, 70s-72s, 94s, 95s, 109s, Matthew D Voorhees (5) count(s) 1ss, 46s-48s, 73s-75s, 94s, 97s, 110s, David Richards (6) count(s) 1ss, 49s-51s, 76s-78s, 94s, 98s, 111s, Christopher Donaldson (7) count(s) 94s, Joshua Gentrup (8) count(s) 1ss, 52s-54s, 79s-81s, 94s, 99s, 112s, Christopher Burdette (9) count(s) 1ss, 55s-57s, 82s-84s, 94s, |

| | | |
|---|---|---|
| | | 101s, Nathanael Burdette (10) count(s) 1ss, 58s-60s, 85s-87s, 94s, 100s, 113s, Jonathan Lind (11) count(s) 1ss, 61s-63s, 88s-90s, 94ss, 102s, 114s, Thomas V Zito (12) count(s) 1ss, 64s-66s, 91s-93s, 94s, 103s (KBB) (Entered: 01/09/2023) |
| 01/06/2023 | 20 | TEXT ORDER as to all defendants, the Second Superseding Indictment is Unsealed. Signed by Magistrate Judge Gray M Borden on 1/6/2023. (KBB) (Entered: 01/06/2023) |
| 01/06/2023 | 21 | MOTION for Leave to File *Document Under Seal* by USA as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito. (Crosby, Catherine) (Entered: 01/06/2023) |
| 01/06/2023 | 23 | MOTION for Protective Order *Concerning Sensitive Discovery Material* by USA as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito. (Attachments: # 1 Text of Proposed Order) (Crosby, Catherine) (Entered: 01/06/2023) |
| 01/09/2023 | 26 | TEXT ORDER granting 21 Motion for Leave to File as to dfts Timothy J Pughsley (1), Gary L Rapp Jr (3), Mark Giaquinto (4), Matthew D Voorhees (5), David Richards (6), Christopher Donaldson (7), Joshua Gentrup (8), Christopher Burdette (9), Nathanael Burdette (10), Jonathan Lind (11), Thomas V Zito (12). Signed by Magistrate Judge Gray M Borden on 1/9/2023. (KBB) (Entered: 01/09/2023) |
| 01/09/2023 | 27 | SEALED MOTION (KBB) (Entered: 01/09/2023) |
| 01/09/2023 | 28 | PROTECTIVE ORDER granting 23 Motion for Protective Order as to dfts Timothy J Pughsley (1), Gary L Rapp Jr (3), Mark Giaquinto (4), Matthew D Voorhees (5), David Richards (6), Christopher Donaldson (7), Joshua Gentrup (8), Christopher Burdette (9), Nathanael Burdette (10), Jonathan Lind (11), Thomas V Zito (12); That certain documents and information shall remain confidential as set out in this order. Signed by Magistrate Judge Gray M Borden on 1/9/2023. (KBB) (Entered: 01/09/2023) |
| 01/09/2023 | 31 | SEALED ORDER as to dfts Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito, Motions terminated as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito: re 27 SEALED MOTION. Signed by Magistrate Judge Gray M Borden on 1/9/2023. (cm USA and USM) (KBB) (Entered: 01/09/2023) |
| 01/09/2023 | 32 | TEXT ORDER as to dfts Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito: Setting Arraignment for **Thursday, 1/19/2023, at 9:30 AM**, in Courtroom 3B at the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge Gray M Borden. Signed by Magistrate Judge Gray M Borden on 1/9/2023. (KBB) (Entered: 01/09/2023) |
| 01/17/2023 | 49 | NOTICE OF ATTORNEY APPEARANCE Ryan Sikes Rummage appearing for USA. (Rummage, Ryan) (Entered: 01/17/2023) |
| 01/18/2023 | 54 | NOTICE OF ATTORNEY APPEARANCE: James W Parkman, III appearing for Gary L Rapp, Jr (Parkman, James) (Entered: 01/18/2023) |
| 01/19/2023 | | Minute Entry for proceedings held before Magistrate Judge Gray M Borden:Initial Appearance & Arraignment as to Gary L Rapp Jr (3) Count 1ss,40s-42s,67s-69s,94s,96ss,108s held on 1/19/2023; deft present with Retained Counsel James Parkman |

| | | |
|---|---|---|
| | | III; AUSA Crosby; USPO Williams; rights & charges explained; reminder for retained counsel re financial arrangements; Brady reminder for gov't; deft served 2nd superseding indictment, waived reading, not guilty plea entered; gov't not seeking detention; court finds there are appropriate conditions for release; deft released on $5,000 u/s bond with special conditions (Tape 3B) (ASL) (Entered: 01/19/2023) |
| 01/19/2023 | 65 | Unsecured Bond Entered as to Gary L Rapp, Jr in amount of $ 5,000, with special conditions (ASL) (Entered: 01/19/2023) |
| 01/20/2023 | 69 | STANDING BRADY DISCOVERY ORDER as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito. Signed by Magistrate Judge Gray M Borden on January 20, 2023. (ASL) (Entered: 01/20/2023) |
| 01/20/2023 | 70 | STANDING DISCOVERY ORDER with instructions and deadlines set out as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito. Signed by Magistrate Judge Gray M Borden on January 20, 2023. (ASL) (Entered: 01/20/2023) |
| 01/20/2023 | 71 | SCHEDULING ORDER and NOTICE that certain deadlines and instructions apply as set out as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito. Signed by Magistrate Judge Gray M Borden on January 20, 2023. (ASL) (Entered: 01/20/2023) |
| 01/20/2023 | | Receipt for Surrender of Passport as to dft Gary L Rapp, Jr Passport Number XXXXX0885 issued by United States of America (KBB) (Entered: 01/20/2023) |
| 01/25/2023 | 82 | MOTION for Leave to Appear PRO HAC VICE Attorney: STEVEN E. FARESE. by Gary L Rapp, Jr. (Attachments: # 1 GOOD STANDING)(Parkman, James) (Entered: 01/25/2023) |
| 01/25/2023 | 83 | MOTION for Leave to Appear PRO HAC VICE Attorney: JOSEPH W. COOPER. by Gary L Rapp, Jr. (Attachments: # 1 GOOD STANDING)(Parkman, James) (Entered: 01/25/2023) |
| 01/25/2023 | 84 | MOTION for Joinder of Motion to Continue and Waiver of Defendant's Right to a Speedy Trial by Gary L Rapp, Jr. (Parkman, James) Modified on 1/25/2023 (KBB). (Entered: 01/25/2023) |
| 01/27/2023 | 87 | RESPONSE to by USA as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito re 77 , 79 , 85 , 80 , 78 , 75 , 72 , 76 , 73 , 84 *Motions to Continue and to Declare Case Complex* (Crosby, Catherine) (Entered: 01/27/2023) |
| 01/30/2023 | 90 | TEXT ORDER as to Gary L Rapp Jr: 82 Motion to allow Steven E. Farese to appear pro hac vice and 83 Motion to allow Joseph W. Cooper to appear pro hac vice are CONDITIONALLY GRANTED, subject to payment of fees within 14 days. Signed by Magistrate Judge Gray M Borden on January 30, 2023. (ASL) (Entered: 01/30/2023) |
| 02/01/2023 | 99 | ORDER TO CONTINUE as to dft Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito re 72 Dft Pughsley's Motion to Continue and Declare Case Complex and All of Pughsley's co-defendants motions for joinder: 73 , 75 , 76 , 77 , 78 , 79 , 80 , 84 , 85 & 88 . The |

| | | |
|---|---|---|
| | | Government does not oppose the request to continue the trial ready date or to declare the case complex, 87 . As set out in the motions and the Government's response, the defendants' attorneys will not be prepared to try the case on the March 2023 trial docket because the discovery materials are voluminous, the charges are unusual, and the defendants intend to conduct their own investigation into the facts supporting the indictment. The court finds on this showing that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. The motions ( 72 , 73 , 75 , 76 , 77 , 78 , 79 , 80 , 84 , 85 , & 88 ) are GRANTED and the time between today's date and **June 5, 2023** is excluded, with pretrial deadlines as set out. The trial date will be set by separate order by a United States District Judge. Signed by Magistrate Judge Gray M Borden on 2/1/2023. (KBB) (Entered: 02/01/2023) |
| 02/01/2023 | | PHV Fee paid: $150.00, receipt number B3500 for Attorney's Seven E. Farese, Sr. and Joseph Cooper. (KBB) (Entered: 02/01/2023) |
| 02/16/2023 | 109 | MOTION to Unseal Document by USA as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito. (Crosby, Catherine) (Entered: 02/16/2023) |
| 02/21/2023 | 110 | TEXT ORDER as to dfts Timothy J Pughsley (1), Gary L Rapp Jr (3), Mark Giaquinto (4), Matthew D Voorhees (5), David Richards (6), Christopher Donaldson (7), Joshua Gentrup (8), Christopher Burdette (9), Nathanael Burdette (10), Jonathan Lind (11), Thomas V Zito (12) re 109 Motion to Unseal Documents: For good cause, it is **ORDERED** that the motion is **GRANTED** and the Applications and Orders listed in the motion are **UNSEALED** . The Government is authorized to disclose these documents to defense counsel consistent with the Protective Order 28 entered on 01/09/2023. Signed by Magistrate Judge Gray M Borden on 2/21/2023. (KBB) (Entered: 02/21/2023) |
| 05/01/2023 | 135 | MOTION for Joinder *to Motion to Continue and Waiver of Defendant's Right to Speedy Trial* by Gary L Rapp, Jr. (Farese, Steven) (Entered: 05/01/2023) |
| 05/25/2023 | 147 | ORDER as to dfts Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito re 127 Unopposed Motion to Continue and 128 , 129 , 130 , 131 , 132 , 133 , 134 , 135 , 145 , and 146 Motions for Joinder; As set out in the motions, the defendants' attorneys will not be prepared to try the case on the June 2023 trial docket because the discovery materials are voluminous, the charges are unusual, and the defendants intend to conduct their own investigation into the facts supporting the indictment. The court finds on this showing that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. The motions, 127 , 128 , 129 , 130 , 131 , 132 , 133 , 134 , 135 , 145 , and 146 , are GRANTED and the time between today's date and **December 4, 2023** , is excluded, with pretrial deadlines as set out. The trial date will be set by separate order by a United States District Judge. Signed by Magistrate Judge Gray M Borden on 5/25/2023. (KBB) (Entered: 05/25/2023) |
| 09/13/2023 | 167 | MOTION to Travel *Out of State Proposed Order Submitted* by Gary L Rapp, Jr. (Farese, Steven) (Entered: 09/13/2023) |
| 09/13/2023 | 168 | TEXT ORDER granting 167 Motion to Travel as to Gary L Rapp, Jr. For good cause and without opposition, it is ORDERED that the defendant's conditions of release are MODIFIED to permit travel to Orlando, FL from 10/07/2023 to 10/15/2023. Signed by Magistrate Judge Gray M Borden on 09/13/2023. (Borden, Gray) (Entered: 09/13/2023) |
| 11/09/2023 | 188 | Unopposed MOTION for Joinder *with Document 181 MOTION to Continue and Extend Pretrial Motion Deadlines* by Gary L Rapp, Jr. (Farese, Steven) Modified title on |

| | | |
|---|---|---|
| | | 11/9/2023 (KWC, ). (Entered: 11/09/2023) |
| 11/16/2023 | 194 | ORDER as to dfts Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito re 181 Unopposed Motion to Continue, and Motions for Joinder, 182 , 183 , 186 , 187 , 188 , 189 , 190 , 191 , 192 , 193 ; As set out in the motions, the defendants' attorneys will not be prepared to try the case on the December 2023 trial docket because the case is complex and the defendants are actively negotiating a resolution of their charges. These factors combine to present a meaningful potential for the defendants to be prejudiced if their trial setting and pretrial motions deadlines are not continued. The court finds on this showing that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. The motions, docs. 181-83 & 186-93) are GRANTED and the time between today's date and **February 5, 2024** , is excluded, with pretrial deadlines as set out. The trial date will be set by separate order by a United States District Judge. Signed by Magistrate Judge Gray M Borden on 11/16/2023. (KBB) (Entered: 11/16/2023) |
| 01/23/2024 | 206 | *** Motion incorrectly filed as to all Defendants, please see correctly filed doc 209 Motion to Continue as to Dft Mark Giaquinto***Unopposed MOTION to Continue by Mark Giaquinto as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito. (Essig, Brandon) Modified on 1/23/2024 (KBB). (Entered: 01/23/2024) |
| 01/23/2024 | 212 | MOTION for Joinder *to Motion to Extend Pretrial Motion Deadlines 205* by Gary L Rapp, Jr. (Farese, Steven) Modified to add doc #/hyperlink on 1/23/2024 (KWC, ). (Entered: 01/23/2024) |
| 02/01/2024 | 219 | ORDER as to dfts Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito, Motions terminated as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito re 205 Unopposed MOTION to Continue filed by Dft Timothy J. Pughsley and Pughsley's Co-Dfts Motions for Joinder docs 208 , 209 , 210 , 211 , 212 , 213 , 214 , 215 , 216 , 217 , 218 : As set out in the motions, the defendants' attorneys will not be prepared to try the case on the February 2024 trial docket because the case is complex and the defendants are actively negotiating a resolution of their charges. The court finds on this showing that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. The motions, doc 205 , 208 , 209 , 210 , 211 , 212 , 213 , 214 , 215 , 216 , 217 , and 218 , are GRANTED and the time between today's date and **May 6, 2024** , is excluded, with pretrial deadlines as set out. The trial date will be set by separate order by a United States District Judge. Signed by Magistrate Judge Gray M Borden on 2/1/2024. (KBB) (Entered: 02/01/2024) |
| 03/22/2024 | 228 | MOTION to Travel *Out of Districts Proposed Order Submitted* by Gary L Rapp, Jr. (Farese, Steven) (Entered: 03/22/2024) |
| 04/01/2024 | 231 | TEXT ORDER granting 228 Motion to Travel as to Gary L. Rapp, Jr. For good cause and without opposition, it is ORDERED that the defendant's conditions of release are MODIFIED to permit him to travel to Bloomington, MN and Chicago, IL from 05/15/2024 through 05/21/2024. Signed by Magistrate Judge Gray M Borden on 04/01/2024. (Borden, Gray) (Entered: 04/01/2024) |
| 04/15/2024 | 232 | STATUS REPORT by USA as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, |

| | | |
|---|---|---|
| | | Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito (Crosby, Catherine) (Entered: 04/15/2024) |
| 04/15/2024 | 241 | Unopposed MOTION for Joinder *with Document 234 to Continue Deadlines for Pretrial Motions* by Gary L Rapp, Jr. (Attachments: # 1 Supplement Defendants Waiver of Right to Speedy Trial)(Farese, Steven) (Entered: 04/15/2024) |
| 04/25/2024 | 247 | ORDER as to dfts Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito re 241 Unopposed MOTION for Joinder *with Document 234 to Continue Deadlines for Pretrial Motions*, 243 MOTION to Continue, 246 Unopposed MOTION for Joinder *TO CONTINUE AND WAIVER OF DEFENDANTS RIGHT TO SPEEDY TRIAL*, 240 Unopposed MOTION to Continue *and Waiver of Right to Speedy Trial*, 242 MOTION for Joinder , 244 Consent MOTION to Continue *and Waiver of Defendant's Right to a Speedy Trial*, 233 Consent MOTION to Continue , 239 MOTION to Continue , 234 Unopposed MOTION to Continue *and Defendant's Waiver of Right to Speedy Trial*, 245 MOTION to Continue, 237 MOTION for Joinder *of Unopposed Motion to Continue (Doc. 234)*; As set out in the motions, the defendants attorneys will not be prepared to try the case on the May 2024 trial docket because the case is complex and the defendants are actively negotiating a resolution of their charges. The court finds on this showing that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. The motions (Docs. 233 , 234 , 237 , 239-46) are GRANTED and the time between today's date and **August 5, 2024**, is excluded with pretrial deadlines as set out. The trial date will be set by separate order by a United States District Judge. Signed by Magistrate Judge Gray M Borden on 4/25/2024. (KAB) (Entered: 04/25/2024) |
| 07/15/2024 | 263 | Unopposed MOTION for Joinder *with Document 262 to Continue Deadlines for Pretrial Motions* by Gary L Rapp, Jr. (Farese, Steven) (Entered: 07/15/2024) |
| 07/22/2024 | 273 | ORDER TO CONTINUE as to dfts Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito, Motions terminated as to Timothy J Pughsley, Gary L Rapp, Jr, Mark Giaquinto, Matthew D Voorhees, David Richards, Christopher Donaldson, Joshua Gentrup, Christopher Burdette, Nathanael Burdette, Jonathan Lind, Thomas V Zito re [262 Unopposed Motion to Continue filed by dft Mark Giaquinto and all of dft Giaquinto's co-dfts have filed joinders in this motion or their own motions to continue docs 263 , 264 , 265 , 266 , 267 , 267 , 268 , 269 , 270 , 271 , and 272 ; As set out in the motions, the defendants' attorneys will not be prepared to try the case on the August 2024 trial docket because the case is complex and the defendants are actively negotiating a resolution of their charges. The motions (docs 262-272) are GRANTED and the time between today's date and **October 7, 2024**, is excluded, with pretrial deadlines as set out. The trial date will be set by separate order by a United States District Judge. Signed by Magistrate Judge Gray M Borden on 7/22/2024. (KBB) (Entered: 07/22/2024) |
| 09/12/2024 | 286 | Unopposed MOTION for Joinder *with Document 285 to Continue Deadlines for Pretrial Motions* by Gary L Rapp, Jr. (Attachments: # 1 Supplement Defendants Waiver of Right to Speedy Trial)(Farese, Steven) (Entered: 09/12/2024) |
| 09/19/2024 | 297 | ORDER:Now pending is Defendant Timothy J. Pughsley's unopposed Motion to Continue. Doc. 285. All of Pughsley's co-defendants have filed joinders in this motion or their own motions to continue; The court finds on this showing that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial; Accordingly, the motions 285 , 286 , 287 , 288 , 290 , 291 , 292 , 293 , 294 , 295 and 296 are GRANTED; the time between today's date and December 2, 2024, is |

| | | |
|---|---|---|
| | | excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), with pretrial deadlines as set out; The trial date will be set by separate order by a United States District Judge. Signed by Magistrate Judge Gray M Borden on 9/19/2024. (KWC, ) (Entered: 09/19/2024) |
| 11/08/2024 | 310 | NOTICE *of Appearance (for Meagan McWaters Pughsley)* by Daniel J Fortune (Fortune, Daniel) (Entered: 11/08/2024) |
| 11/20/2024 | 336 | PLEA AGREEMENT as to Gary L Rapp, Jr (Crosby, Catherine) (Entered: 11/20/2024) |
| 11/20/2024 | 337 | TEXT ORDER as to Gary L Rapp, Jr: A Change of Plea Hearing is set for 2/11/2025 at 03:00 PM in Hugo L Black US Courthouse, Birmingham, AL before Judge Madeline Hughes Haikala. Signed by Judge Madeline Hughes Haikala on 11/20/2024. (KWC, ) (Entered: 11/20/2024) |
| 02/06/2025 | 366 | GUILTY PLEA ADVICE OF RIGHTS CERTIFICATION by Gary L Rapp, Jr (Parkman, James) (Entered: 02/06/2025) |
| 02/11/2025 | | Minute Entry for proceedings held before Judge Madeline Hughes Haikala: Change of Plea Hearing as to Gary L Rapp, Jr held on 2/11/2025; Plea of guilty entered by Gary L Rapp Jr (3) as to Counts 1ss and 94ss of the 2nd SPS Ind; the Court accepts plea and adjudges dft guilty as charged; dft cont'd on bond. (Court Reporter Teresa Roberson.) (KWC, ) Modified on 10/9/2025 (KBB). (Entered: 02/11/2025) |
| 02/11/2025 | 381 | TEXT ORDER as to Gary L Rapp, Jr: Sentencing is set for 5/20/2025 at 02:00 PM in 4-B, Hugo L Black US Courthouse, Birmingham, AL before Judge Madeline Hughes Haikala. Signed by Judge Madeline Hughes Haikala on 2/11/2025. (KWC, ) (Entered: 02/11/2025) |
| 05/02/2025 | 403 | Unopposed MOTION to Continue *Sentencing Date* by Gary L Rapp, Jr. (Farese, Steven) (Entered: 05/02/2025) |
| 05/05/2025 | 404 | TEXT ORDER as to Gary L Rapp, Jr: The Court GRANTS 403 Unopposed MOTION to Continue *Sentencing Date*; Sentencing previously set for 5/20/2025 **HAS BEEN RESET FOR 8/6/2025 at 03:00 PM** in 4-B, Hugo L Black US Courthouse, Birmingham, AL before Judge Madeline Hughes Haikala. Signed by Judge Madeline Hughes Haikala on 5/5/2025. (KWC, ) (Entered: 05/05/2025) |
| 05/07/2025 | 410 | TEXT ORDER as to Gary L Rapp, Jr: Due to a scheduling conflict, the Sentencing previously set for 8/6/2025 HAS BEEN RESET FOR 8/12/2025 at 01:30 PM in 4-B, Hugo L Black US Courthouse, Birmingham, AL before Judge Madeline Hughes Haikala. Signed by Judge Madeline Hughes Haikala on 5/7/2025. (KWC, ) (Entered: 05/07/2025) |
| 07/01/2025 | 458 | TEXT ORDER as to Gary L Rapp, Jr: Sentencing previously set for 8/12/2025, at the request of the parties has been **RESET FOR 9/9/2025 AT 02:00 PM** in 4-B, Hugo L Black US Courthouse, Birmingham, AL before Judge Madeline Hughes Haikala. Signed by Judge Madeline Hughes Haikala on 7/1/2025. (KWC, ) (Entered: 07/01/2025) |
| 07/24/2025 | 468 | MOTION TO ALLOW TRAVEL OUT OF STATE by Gary L Rapp, Jr. (Farese, Steven) Modified on 7/24/2025 (KBB). (Entered: 07/24/2025) |
| 07/24/2025 | 469 | TEXT ORDER granting 468 Motion to Travel as to Gary L Rapp Jr. For good cuase and without opposition, the defendant's bond is MODIFIED to permit him to travel to Cape Girardeau, MO from 09/04/2025 to 09/08/2025. Signed by Magistrate Judge Gray M Borden on 07/24/2025. (Borden, Gray) (Entered: 07/24/2025) |
| 09/03/2025 | 505 | MOTION to Seal Document *Sentencing Memorandum* by Gary L Rapp, Jr. (Farese, Steven) (Entered: 09/03/2025) |

| | | |
|---|---|---|
| 09/03/2025 | 506 | TEXT ORDER: The Court grants the defendant Gary L Rapp Jr's (3) motion to file documents under seal. (Doc. 505 ). If the Court determines that some or all of the information contained in the documents should not remain under seal, the Court will give the parties notice and an opportunity to be heard. Signed by Judge Madeline Hughes Haikala on 9/3/2025. (KWC, ) (Entered: 09/03/2025) |
| 09/04/2025 | 507 | Sealed Document (KBB) (Entered: 09/04/2025) |
| 09/04/2025 | 509 | TEXT ORDER as to Gary L Rapp, Jr: Due to a scheduling conflict, the Sentencing previously set for 9/9/2025 **HAS BEEN RESET TO 10/2/2025 at 03:00 PM** in 4-B, Hugo L Black US Courthouse, Birmingham, AL before Judge Madeline Hughes Haikala. Signed by Judge Madeline Hughes Haikala on 9/4/2025. (KWC, ) (Entered: 09/04/2025) |
| 09/24/2025 | 511 | Joint MOTION Turnover of Assets by USA as to Gary L Rapp, Jr. (Attachments: # 1 Text of Proposed Order)(Crosby, Catherine) (Entered: 09/24/2025) |
| 09/24/2025 | 514 | ORDER granting 511 Joint Motion for Turnover of Assets as to Gary L Rapp Jr (3): the Court hereby Orders the Department of Treasury to turn over the following assets to the Clerk of Court for the Northern District of Alabama at 1729 5th Avenue North, Birmingham, Alabama 35203 as set out; Upon entry of Judgment, the Clerk shall distribute the funds in accordance with the terms of the Judgment specific to restitution. Signed by Judge Madeline Hughes Haikala on 9/24/2025. (KWC, ) (cm Financial, USA-FLU) (Entered: 09/24/2025) |
| 10/02/2025 | | Minute Entry for proceedings held before Judge Madeline Hughes Haikala: Sentencing held on 10/2/2025 for Gary L Rapp, Jr (3); SENT: Counts 40ss-42ss, 67ss-69ss, 96ss and 108ss are DISMISSED on motion of USA; PROB: 60 mos as to each of counts 1ss and 94ss, separately, but concurrently, w/ spec conds; no fine; restitution due; forfeiture due; asmt fee $200.00. (Court Reporter Leah Turner.) (KWC, ) Modified on 10/9/2025 (KBB). (Entered: 10/02/2025) |
| 10/03/2025 | 519 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to dft Gary L Rapp, Jr (KBB) (Entered: 10/03/2025) |
| 10/15/2025 | 526 | JUDGMENT as to dft Gary L Rapp, Jr (3), PROB 60 mos as to Counts 1ss and 94ss, w/ Spec Cond sep concur w/ each other; No Fine; Restitution Due; Forfeiture Ordered; AF $200.00; Counts 40ss, 41ss, 42ss, 67ss, 68ss, 69ss, 96ss, and 108ss dismissed on government motion. Signed by Judge Madeline Hughes Haikala on 10/8/2025. (cm Financial and FLU) (MEB2) (Entered: 10/15/2025) |
| 10/15/2025 | 527 | Sealed Document - SOR as to dft Gary L Rapp, Jr (3) (cm USA and Defense Counsel) (MEB2) (Entered: 10/15/2025) |
| 10/16/2025 | | Receipt for Return of Passport to USP as to dft Gary L Rapp, Jr Passport Number XXXXX0885 issued by United States of America (KBB) (Entered: 10/16/2025) |
| 02/24/2026 | 541 | Unopposed MOTION to Continue *Status Conference* by Mark Giaquinto (Smithart, M) Modified on 2/24/2026 (KBB). (Entered: 02/24/2026) |